IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| LARRY THOMPSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2-03-0079 JUDGE HAYNES |
| DACCO, INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Plaintiff Larry Thompson's motion for summary judgment (Docket Entry No. 102) is **DENIED** and the Defendant DACCO's motion for summary judgment (Docket Entry No. 98) is **GRANTED**. This action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 19th day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge